HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB  HB HB HB HB HB HB  HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB  HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB  HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB  HB HB HB HB HB HB  HB HB HB HB HB HB HB HB  HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB  HB HB HB HB HB HB HB HB HB HB HB HB HB  HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB  HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB    HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB  HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB  HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB  HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB HB     HB HB HB